UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TIMOTHY ROGERS, <br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> LHOIST NORTH AMERICA OF TEXAS LLC <br><br> Defendant. | Case No. 6:21-CV-01182-ADA-JCM <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION <br> PURSUANT TO 29 U.S.C. § 216(B) <br><br> CLASS ACTION <br> PURSUANT TO FED. R. CIV. P. 23 |

## JOINT REQUEST FOR STATUS CONFERENCE

Plaintiff Timothy Rogers, individually and on behalf of all others similarly situated, and Defendant Lhoist North America of Texas, LLC (collectively, the "Parties"), respectfully request that the Court set a status conference to discuss the status of the Parties' Agreed Stipulation Regarding Conditional Certification and Notice to the Putative Collective Action Members (ECF No. 13) at its first convenience.

Dated this 28th day of September, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Clif Alexander | /s/ Talley R. Parker |
| **Clif Alexander** | **Talley R. Parker** |
| State Bar No. 24064805 | State Bar No. 24065872 |
| clif@a2xlaw.com | talley.parker@jacksonlewis.com |
| **Lauren E. Braddy** | **JACKSON LEWIS P.C.** |
| Texas Bar No. 24071993 | 500 N. Akard, Suite 2500 |
| lauren@a2xlaw.com | Dallas, Texas 75201 |
| **Alan Clifton Gordon** | Telephone: (214) 520-2400 |
| Texas Bar No. 00793838 | Facsimile: (214) 520-2008 |
| cgordon@a2xlaw.com | |
| **Carter T. Hastings** | *Counsel for Defendant Lhoist North America of Texas, LLC* |
| Texas Bar No. 24101879 | |
| carter@a2xlaw.com | |
| **ANDERSON ALEXANDER, PLLC** | |
| 819 N. Upper Broadway | |
| Corpus Christi, Texas 78401 | |
| Telephone: (361) 452-1279 | |
| Facsimile: (361) 452-1284 | |

*Counsel for Plaintiffs and
Putative Collective/Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ <i>Clif Alexander</i><br>
Clif Alexander