# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| TIMOTHY ROGERS,<br>Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LHOIST NORTH AMERICA OF TEXAS LLC<br><br>　　　　　Defendant. | Case No. 6:21-CV-01182-ADA-JCM<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)<br><br>CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## ORDER

The Court, having considered the Parties' Joint Request for Status Conference, is of the opinion that the Request should be GRANTED as set forth below.

The Court ORDERS that a Status Conference is scheduled for _____, 2022 at _____ a.m./p.m.

**IT IS SO ORDERED**

SIGNED on this _____ day of _____, 2022.

_____
HON. JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE